Thank you so much for having me this time for the presentation. I'm going to simply report to you what's in question. The issues in this pattern, the first one was the use of the agencies and deposition of emojis. The second is the use, the concept of use of emojis. The third is the use of emojis. The fourth is the use of emojis. The fifth is the use of emojis. The sixth is the use of emojis. The seventh is the use of emojis. The eighth is the use of emojis. The ninth is the use of emojis. The 10th is the use of emojis. The 11th is the use of emojis. The 12th is the use of emojis. The 13th is the use of emojis. The 14th is the use of emojis. The 15th is the use of emojis. The 16th is the use of emojis. The 17th is the use of emojis. The 18th is the use of emojis. The 19th is the use of emojis. The 20th is the use of emojis. The 21st is the use of emojis. The 22nd is the use of emojis. The 23rd is the use of emojis. The 24th is the use of emojis. The 25th is the use of emojis. The 26th is the use of emojis. The 27th is the use of emojis. The 28th is the use of emojis. The 29th is the use of emojis. The 30th is the use of emojis. The 31st is the use of emojis. The 32nd is the use of emojis. The 33rd is the use of emojis. The 34th is the use of emojis. The 35th is the use of emojis. The 36th is the use of emojis. The 37th is the use of emojis. The 38th is the use of emojis. The 39th is the use of emojis. The 40th is the use of emojis. The 41st is the use of emojis. The 42nd is the use of emojis. The 43rd is the use of emojis. The 44th is the use of emojis. The 45th is the use of emojis. The 46th is the use of emojis. The 47th is the use of emojis. The 48th is the use of emojis. The 49th is the use of emojis. The 50th is the use of emojis. The 51st is the use of emojis. The 52nd is the use of emojis. The 53rd is the use of emojis. The 54th is the use of emojis. The 55th is the use of emojis. The 56th is the use of emojis. The 57th is the use of emojis. The 58th is the use of emojis. The 59th is the use of emojis. The 60th is the use of emojis. The 61st is the use of emojis. The 62nd is the use of emojis.
judges: Noonan, Gould, Friedland